THE PEOPLE OF THE STATE OF NEW YORK, Appellant and Respondent, *v.* JOHN P. ROLLEK, Respondent and Appellant, et al., Defendants.

Argued December 3, 1952; decided January 15, 1953.

*Frank G. Raichle* for appellant-respondent.

*Gordon Steele, District Attorney (Leonard Finkelstein* of counsel), for respondent-appellant.

On appeal by defendant Rollek: Judgment affirmed under the provisions of section 542 of the Code of Criminal Procedure. On appeal by People: Order affirmed. No opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Froessel, JJ. [See 305 N. Y. 626.]